UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BRADLEY SAUNDERS, BRUCE FISHER, BRAD FELLERSEN and RICHARD HERBSTMAN,<br>　　　　　Plaintiffs,<br><br>v.<br><br>THE GILLETTE COMPANY,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-11425 DPW<br>)<br>)<br>)<br>)<br>)<br>) |

## CORPORATE DISCLOSURE STATEMENT
## OF THE GILLETTE COMPANY

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant The Gillette Company hereby files its corporate disclosure statement. The Gillette Company ("Gillette") does not have any parent corporations. Berkshire Hathaway, Inc., a publicly traded corporation, may be deemed to own 10.2 percent of Gillette's common stock through several subsidiaries. There is no other publicly traded corporation that owns more than 10 percent of Gillette's stock.

　　　　　　　　　　　　　　　　　　　THE GILLETTE COMPANY

　　　　　　　　　　　　　　　　　　　/s/ Mark P. Szpak
　　　　　　　　　　　　　　　　　　　Harvey J. Wolkoff  (BBO #532880)
　　　　　　　　　　　　　　　　　　　Mark P. Szpak (BBO #546261)
　　　　　　　　　　　　　　　　　　　ROPES & GRAY LLP
　　　　　　　　　　　　　　　　　　　One International Place
　　　　　　　　　　　　　　　　　　　Boston, MA 02110-2624
　　　　　　　　　　　　　　　　　　　Telephone: (617) 951-7000
　　　　　　　　　　　　　　　　　　　Facsimile: (617) 951-7050

Dated:  July 28, 2005