Bradley Saunders, et. al., Plaintiff(s)
vs.
The Gillette Company, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--The Gillette Company
Court Case No. 05-11425 DPW

GILMAN & PASTOR
Ms. Erin Corkery
60 State St., Suite 3750
Boston, MA  02109

State of: __MA__ ) ss.
County of: __SUFFOLK__ )

Name of Server: __WILLIAM MURPHY__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

Date/Time of Service: that on the __13TH__ day of __JULY__, 20 __05__, at __10:25__ o'clock __A__ M

Place of Service: at __Prudential Tower__, in __Boston, MA  02199-8004__

Documents Served: the undersigned served the documents described as:
**Summons and Complaint w/ Jury Demand**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**The Gillette Company**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __ROBERT GRAHAM, LEGAL DEPT.__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __M__; Skin Color __W__; Hair Color __BROWN__; Facial Hair ____
Approx. Age __40__; Approx. Height __5'10"__; Approx. Weight __160~__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this __13th__ day of __JULY__, 20 __05__

__William Murphy__ 7/13/05
Signature of Server    (Date)

Notary Public    Commission Expires

**APS International, Ltd.**
APS File #:  072618-0001