## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| BRADLEY SAUNDERS, BRUCE FISHER, BRAD FELLERSEN and RICHARD HERBSTMAN, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 05-11425 DPW |
| v. | ) ) | |
| THE GILLETTE COMPANY, | ) ) | |
| Defendant. | ) ) ) | |

### ASSENTED-TO MOTION TO FURTHER EXTEND TIME TO MOVE, ANSWER, OR OTHERWISE RESPOND TO COMPLAINT

Pursuant to Fed.R.Civ.P. Rule 6(b)(1), Defendant, The Gillette Company ("Gillette"),

hereby moves, with assent, that the time for Gillette to move, answer, or otherwise respond to the

complaint be further extended to and including, October 3, 2005.

WHEREFORE, the parties having agreed to the foregoing schedule, Gillette respectfully

requests that this assented-to motion be granted.

Respectfully submitted,

THE GILLETTE COMPANY
By its attorneys,


/s/ Mark P. Szpak
Harvey J. Wolkoff (BBO #532880)
Mark P. Szpak (BBO #546261)
Emily C. Shanahan (BBO #643456)
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110-2624

ASSENTED TO:

/s/ David Pastor (by MPS)
David Pastor (BBO #391000)
GILMAN AND PASTOR, LLP
60 State Street, 37th Floor
Boston, MA 02109
(617) 742-9700

(617) 951-7000



Date:  September 1, 2005