UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BRADLEY SAUNDERS, BRUCE FISHER, BRAD FELLERSEN and RICHARD HERBSTMAN,<br>          Plaintiffs,<br><br>v.<br><br>THE GILLETTE COMPANY,<br><br>          Defendant. | Civil Action No. 05-11425 DPW |

## AMENDED CORPORATE DISCLOSURE STATEMENT
## OF THE GILLETTE COMPANY

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant The Gillette Company ("Gillette") hereby files this amended corporate disclosure statement.

As of October 1, 2005, Gillette's parent corporation is The Procter & Gamble Company. There is no other publicly traded corporation that owns 10 percent or more of Gillette's stock.

                                        THE GILLETTE COMPANY
                                        By its attorneys,

                                        /s/ Mark P. Szpak
                                        Harvey J. Wolkoff  (BBO #532880)
                                        Mark P. Szpak (BBO #546261)
                                        ROPES & GRAY LLP
                                        One International Place
                                        Boston, MA 02110-2624
                                        Telephone: (617) 951-7000
                                        Facsimile: (617) 951-7050

Dated:  October 6, 2005