UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br>M3POWER RAZOR SYSTEM<br>MARKETING & SALES PRACTICES<br>LITIGATION | CIVIL ACTION NO. 05-11177<br>(Lead Case)<br><br>MDL Docket No. 1704 |

**DEFENDANT THE GILLETTE COMPANY'S**
**<u>CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 16.1(D)</u>**

Pursuant to Local Rule 16.1(D)(3), the undersigned counsel and authorized representative of defendant The Gillette Company ("Gillette") certify that Gillette and its counsel have conferred:

    a.    with a view to establishing a budget for the full course – and various alternative courses – of the litigation; and

    b.    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

                              THE GILLETTE COMPANY

By:    <u>/s/ Deborah Marson</u>
           Deborah Marson
           Deputy General Counsel
           The Gillette Company

           <u>/s/ Harvey J. Wolkoff</u>
           Harvey J. Wolkoff
           Mark P. Szpak
           Ropes & Gray LLP
           One International Place
           Boston, Massachusetts 02110
           (617) 951-7000

Dated: January 13, 2006