UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARK DEARMAN, ET AL
                    Plaintiff

                                        CIVIL ACTION NO. 05-11177-DPW

v.

THE GILLETTE CO.,
                    Defendant
-----------------------------------------------------------------------
KEVIN WINDOM
                    Plaintiff

                                        CIVIL ACTION NO. 05-11207-DPW

v.

THE GILLETTE CO.,
                    Defendant
-----------------------------------------------------------------------
JAVIER TUNON
                    Plaintiff

                                        CIVIL ACTION NO. 05-11208-DPW

v.

THE GILLETTE CO.,
                    Defendant
-----------------------------------------------------------------------
KRISTOPHER KENESSKY
                    Plaintiff

                                        CIVIL ACTION NO. 05-11272-DPW

v.

THE GILLETTE CO.,
                    Defendant
-----------------------------------------------------------------------

COLLIN MCGEARY
            Plaintiff
                                    CIVIL ACTION NO. 05-11319-DPW
v.

THE GILLETTE CO.,
            Defendant
-----------------------------------------------------------------------
BRANDY SAUNDERS
            Plaintiff
                                    CIVIL ACTION NO. 05-11425-DPW
v.

THE GILLETTE CO.,
            Defendant
-----------------------------------------------------------------------
MARCELL JOHNSON
            Plaintiff
                                    CIVIL ACTION NO. 05-11455-DPW
v.

THE GILLETTE CO.,
            Defendant
-----------------------------------------------------------------------
DAVID ATKINS
            Plaintiff
                                    CIVIL ACTION NO. 05-12192-DPW
v.

THE GILLETTE CO.,
            Defendant
-----------------------------------------------------------------------
MARK ADKISON
            Plaintiff
                                    CIVIL ACTION NO. 05-12331-DPW
v.

THE GILLETTE CO.,
            Defendant
-----------------------------------------------------------------------

CARLOS CORRALES
               Plaintiff

                                      CIVIL ACTION NO. 05-12332-DPW

v.

THE GILLETTE CO.,
               Defendant
---------------------------------------------------------------------
DAVID LIPPER
               Plaintiff

                                      CIVIL ACTION NO. 05-12333-DPW

v.

THE GILLETTE CO.,
               Defendant
---------------------------------------------------------------------
MATTHEW MARR
               Plaintiff

                                      CIVIL ACTION NO. 05-12334-DPW

v.

THE GILLETTE CO.,
               Defendant
---------------------------------------------------------------------
L. DEAN SMITH
                Plaintiff

                                      CIVIL ACTION NO. 05-12335-DPW

v.

THE GILLETTE CO.,
               Defendant

---------------------------------------------------------------------
KASEM ADOURE
               Plaintiff

                                    CIVIL ACTION NO. 05-12336-DPW

v.

THE GILLETTE CO.,
               Defendant
---------------------------------------------------------------------

MICHAEL PRUITT
                    Plaintiff

                                        CIVIL ACTION NO. 05-12365-DPW

v.

THE GILLETTE CO.,
                    Defendant

-----------------------------------------------------------------------

LUIS GONZALEZ
                    Plaintiff

                                        CIVIL ACTION NO. 05-12366-DPW

v.

THE GILLETTE CO.,
                    Defendant
-----------------------------------------------------------------------

LISA GEIS
                    Plaintiff

                                        CIVIL ACTION NO. 05-12367-DPW

v.

THE GILLETTE CO.,
                    Defendant
-----------------------------------------------------------------------

GREG BESINGER
                    Plaintiff

                                        CIVIL ACTION NO. 05-12368-DPW

v.

THE GILLETTE CO.,
                    Defendant
-----------------------------------------------------------------------

EVAN ROSENTHAL
                    Plaintiff

                                        CIVIL ACTION NO. 05-12369-DPW

v.

THE GILLETTE CO.,
                    Defendant
-----------------------------------------------------------------------

ELVIS HUSKIC
                Plaintiff
                                          CIVIL ACTION NO. 05-12370-DPW
v.

THE GILLETTE CO.,
                Defendant
------------------------------------------------------------------------

PATRICK COLEMAN
                Plaintiff
                                          CIVIL ACTION NO. 05-12374-DPW
v.

THE GILLETTE CO.,
                Defendant
------------------------------------------------------------------------

ROBERT FALKNER
                Plaintiff
                                          CIVIL ACTION NO. 05-12375-DPW
v.

THE GILLETTE CO.,
                Defendant
------------------------------------------------------------------------

STEVE MCGLYNN
                Plaintiff
                                          CIVIL ACTION NO. 05-12376-DPW
v.

THE GILLETTE CO.,
                Defendant
------------------------------------------------------------------------

HOLLY MOORE
                Plaintiff
                                          CIVIL ACTION NO. 05-12377-DPW
v.

THE GILLETTE CO.,
                Defendant
------------------------------------------------------------------------

TRACY GOREA

          Plaintiff

                                CIVIL ACTION NO. 05-12378-DPW

v.

THE GILLETTE CO.,

          Defendant

----------------------------------------------------------------------

GRANT JACKSON

          Plaintiff

                                CIVIL ACTION NO. 05-12379-DPW

v.

THE GILLETTE CO.,

          Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| In re:<br>M3POWER RAZOR SYSTEM<br>MARKETING & SALES PRACTICES<br>LITIGATION | )<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 05-11177<br>(Lead Case)<br><br>MDL Docket No. 1704 |

**JOINT SCHEDULING REPORT AND JOINT DISCOVERY PLAN
PURSUANT TO FED.R.CIV.P. 16(b) AND 26(f), AND LOCAL RULE 16.1**

The undersigned Plaintiffs, on their own behalf and putatively on behalf of persons

similarly situated, and Defendant, The Gillette Company ("Gillette"), pursuant to this Court's

December 1, 2005 Order, and Local Rule 16.1, file this Joint Scheduling Report and Joint

Discovery Plan addressing discovery and other pretrial issues.

**I.      REPORT OF THE PARTIES' CONFERENCE PURSUANT TO FED.R.CIV.P.
26(f).**

      **a.      Nature and basis of the Parties' claims and defenses:**

Plaintiffs filed their respective actions against Defendant arising from Defendant's

purportedly deceptive marketing and sale of its M3Power Razor System.  Defendant denies all of

Plaintiffs' claims and asserts that it has not violated any laws in relation to its marketing and sale

of the M3Power Razor System.

      **b.      Agenda for Scheduling Conference.**

            **1.      Submission of Rule 23 (g) applications.**  Plaintiffs' counsel will file their

Rule 23(g) applications prior to the Scheduling Conference.

2.    **Prospects for Early Settlement.**  The Parties have engaged in preliminary settlement discussions.

3.    **Use of Local Rule 16.4 Alternative Dispute Resolution Programs.**  The Parties have not agreed on the use of Local Rule 16.4 Alternative Dispute Resolution Programs.

4.    **Motions to Remand.**  All Motions to Remand shall be filed by no later than February 23, 2006, and Defendant shall have 30 days to respond.

5.    **Consolidation.**   The Parties agree that all the actions referenced in the caption of the Court's Notice of Scheduling Conference, Order for Joint Statement and Certifications, and Order for Electronic Filing, dated December 1, 2005, should be consolidated.

6.    **Non-MDL Parallel Cases.**   The Parties note the existence of two additional putative class actions raising similar claims against Gillette filed in the Superior Court of Bergen County in the State of New Jersey, namely, *Vereb v. The Gillette Company*, BER-L-1091-05, and *Delre v. The Gillette Company*, BER-L-1077-05.  The actions were previously removed to federal court, remanded to state court as not removed on a timely basis, and are presently subject to final entry of an order dismissing them without prejudice for ineffective service of process.

## II.    PROPOSED PRE-TRIAL SCHEDULE.

### a.    Consolidated Complaint.

1.    **Filing of Consolidated Complaint.**   Plaintiffs will file their Consolidated

Complaint within 30 days of the Court's determination of Interim Class Counsel pursuant to Rule 23(g) of the Federal Rules of Civil Procedure.

2.    **Response to the Consolidated Complaint.**  Defendant will file its responsive pleading to the Consolidated Complaint within 30 days of its filing.

b.    **Pre-Trial Discovery.**

1.    **Arrangement for the disclosures required by Fed.R.Civ.P. 26(a)(1).** The Parties hereby stipulate and agree that the initial disclosures and exchanges set forth in Fed.R.Civ.P. 26(a)(1) shall be made within 10 days after filing of the Consolidated Complaint.

2.    **Class Certification Discovery.**  This phase of discovery will be completed no later than 60 days after service of the initial Rule 26 disclosures.

3.    **Fact Discovery.**  This phase of discovery will be completed no later than six months from the date of initial disclosures as described in Paragraph II(b)(1) above.

4.    **Expert Discovery.**

(a)    Plaintiffs' Expert Reports shall be served within 45 days of the close of fact discovery.

(b)    Defendant's Expert Reports shall be served within 45 days thereafter.

**(c)**   Rebuttal Reports from either party shall be served within 21 days after Defendant serves its Expert Reports.

**(d)**   Expert Discovery concludes 45 after the date rebuttal reports are due.

c.   **Class Certification Briefing.**

1.   Plaintiffs' Motion for Class Certification shall be filed no later than thirty (30) days after the close of class certification discovery.

2.   Defendant's response shall be due within forty-five (45) days of the date Plaintiffs' motion is filed.

3.   Plaintiffs shall file their reply brief within thirty (30) days of Defendant's response.

d.   **Dispositive Motions**

1.   Motions for Summary Judgment shall be filed within thirty (30) days after the close of Expert Discovery.

2.   A party opposing any motion for summary judgment shall have forty-five (45) days to file an opposition to said motion.

3.   Any reply brief shall be due within twenty (20) days after the filing of the response.

e.   **Final Pretrial Conference.**

The parties agree that a final pre-trial conference and trial date shall be determined by the Court.

## III.    **MISCELLANEOUS**

1.    The Parties agree that each attorney acting as counsel for any party who is a member in good standing of the bar of the highest court of any State or of any United States District Court may be deemed admitted *pro hac vice* before the Court, without further action, in connection with these proceedings upon payment of the appropriate filing fee and the filing of a Notice of Appearance.

2.    All counsel are required to apply for, effectuate and maintain access to the electronic filing system of this Court.

[REMAINDER OF THIS PAGE INTENTIONALLY BLANK]

**ADDENDUM**

**ADDENDUM ITEM 1.**

With respect to two of the foregoing paragraphs, plaintiff counsel in *McGeary* (Civil Action No.

05-11319), *Besinger* (Civil Action No. 05-12368), and *Huskic* (Civil Action No. 05-12370) note

that they do not agree and that instead they propose the following:

> **Paragraph I.b.1 ("Submission of Rule 23(g) applications).**
>
> "[A] clause should be added for filing of motions for designation of interim class counsel
>
> et al. and related organizational matters to be filed within ten days of the initial
>
> scheduling conference."
>
> **Paragraph II.b.2 ("Class Certification Discovery").**
>
> "[W]e do not agree that class discovery should be limited to 60 days and we will stay
>
> with our proposed 90, as we believe the 60 is unduly short for a litigated case."

**ADDENDUM ITEM 2.**

As of the time of filing, Gillette notes that it has **not** received assent to the provisions of the

foregoing Joint Scheduling Report and Joint Discovery Plan from plaintiff's counsel in the

following cases: *Corrales v. The Gillette Company,* (Civil Action No. 05-12332), *Adoure v. The

Gillette Company,* (Civil Action No. 05-12336), *Falkner v. The Gillette Company*, Civil Action

No. 05-12375. As to those cases, Gillette makes this submission as its own proposal.

**ADDENDUM ITEM 3.**

In *Smith v. The Gillette Company*, Civil Action No. 05-12335, Gillette notes that it has received,

and is filing simultaneously herewith, "Plaintiff L. Dean Smith, Jr.'s Dismissal of Action

Pursuant to F.R.C.P. 41(a)(1)."

**Respectfully submitted,**

/s/ Mark P. Szpak
Harvey J. Wolkoff  (BBO #532880)
Mark P. Szpak (BBO #546261)
Emily C. Shanahan (BBO #643456)
**ROPES & GRAY LLP**
One International Place
Boston, MA 02110-2624
Telephone: (617) 951-7000
Facsimile: (617) 951-7050

**Counsel for The Gillette Company
in all actions comprising
MDL Docket No. 1704**

========================================================

Mark Dearman and Anthony Debiseglia v. The Gillette Company, et al:
Civil Action No. 05-11177 DPW


/s/ Tom Shapiro (by MPS)

Thomas G. Shapiro (BBO #454680)           **Counsel for Plaintiffs**
Theodore M. Hess-Mahan (BBO #557109)      **Mark Dearman and**
**SHAPIRO HABER & URMY LLP**              **Anthony Debiseglia**
53 State Street
Boston, MA  02109
Telephone:  (617) 439-3939


Samuel H. Rudman
Robert M. Rothman
**LERACH COUGHLIN STOIA**
**GELLER RUDMAN & ROBBINS LLP**
200 Broadhollow Road, Suite 406
Melville, NY  11747
Telephone:  (631) 367-7100


========================================================

Kevin Windom v. The Gillette Company;
Civil Action No. 05-11207 DPW


/s/ Ken Wexler (by MPS)

C. Brooks Cutter                          **Counsel for Plaintiff**
Mark J. Tamblyn                           **Kevin Windom**
**KERSHAW, CUTTER & RATINOFF, LLP**
980 9th Street, 19th Floor
Sacramento, California  95814
Telephone:  (916) 448-9800
Facsimile:   (916) 669-4499


Thomas M. Sobol
Edward Notargiacomo
**HAGENS BERMAN SOBOL**
**SHAPIRO LLP**
One Main Street, 4th Floor
Cambridge, Massachusetts 02142
Telephone:  (617) 482-3700
Facsimile:   (617) 482-3003

Kenneth A. Wexler
Edward A. Wallace
**THE WEXLER FIRM LLP**
One North LaSalle St., Suite 2000
Chicago, Illinois 60602
Telephone:  (312) 346-2222
Facsimile:  (312) 346-0022

Charles A. McCallum
R. Brent Irby
**McCALLUM, HOAGLUND, COOK &**
**IRBY, LLP**
2062 Columbiana Road
Vestavia Hills, Alabama  35216
Telephone:  (205) 824-7767

======================================================

Tunon v. The Gillette Company
Civil Action No. 05-11208 DPW


/s/ Tom Shapiro (by MPS)_____
Thomas G. Shapiro (BBO #454680)                    **Counsel for Plaintiffs**
Theodore M. Hess-Mahan (BBO #557109)       **Javier Tunon and Adam Kline**
**SHAPIRO HABER & URMY LLP**
53 State Street
Boston, MA  02109
Telephone:  (617) 439-3939

Corey Holzer
Michael I. Fistel
**HOLZER & HOLZER, LLC**
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Samuel H. Rudman
Robert M. Rothman
**LERACH COUGHLIN STOIA**
**GELLER RUDMAN & ROBBINS LLP**
200 Broadhollow Road, Suite 406
Melville, NY  11747
Telephone:  (631) 367-7100


======================================================

<u>Kenessky v. The Gillette Company</u>
Civil Action No. 05-11272 DPW


/s/ David Pastor
David Pastor                                        **Counsel for Plaintiffs**
**GILMAN & PASTOR, LLP**                            **Kristopher Kenessky and**
60 State St., 27th Floor                          **Steven Myers**
Boston, MA 02109
Telephone: (617)742-9700
Facsimile: (617)742-9701

Jason L. Brodsky
Evan J. Smith
Marc L. Ackerman
**BRODSKY & SMITH LLC**
Two Bala Plaza, Suite 602
Bala Cynwyd, PA 19004
Telephone: (617)667-6200
Facsimile: (617)667-9029

================================================

<u>Collin L. McGeary v. The Gillette Company</u>
Civil Action No. 05-11319 DPW


/s/ Kenneth Quat (by MPS)
Kenneth D. Quat                                     **Counsel for Plaintiff**
**LAW OFFICE OF KENNETH D. QUAT**                   **Colin McGreary**
9 Damonmill Square, Suite 4A-4
Concord, MA 01742
Telephone: (978)369-0848

Lance A. Harke
**HARKE & CLASBY LLP**
155 South Miami, Ave., Suite 600
Miami, FL 33130
Telephone: (305)536-8220

================================================

Bradley Saunders, et al. v. The Gillette Company
Civil Action No. 05-11425 DPW


/s/ David Pastor
David Pastor                                          **Counsel for Plaintiffs**
**GILMAN & PASTOR, LLP**                              **Bradley Saunders et al.**
60 State St., 27th Floor
Boston, MA 02109
Telephone: (617)742-9700
Facsimile: (617)742-9701


Jason L. Brodsky
Evan J. Smith
Marc L. Ackerman
**BRODSKY & SMITH LLC**
Two Bala Plaza, Suite 602
Bala Cynwyd, PA 19004
Telephone: (617)667-6200
Facsimile: (617)667-9029

=================================================

Marcell Johnson, Neil Hirsch and Jeffrey L. Friedman
Civil Action No. 05-11455 DPW


/s/ Alan Kovacs (by MPS)
Alan L. Kovacs, Esq.                                  **Counsel for Plaintiffs**
**LAW OFFICE OF ALAN L. KOVACS**                      **Marcell Johnson, Neil Hirsch and**
2001 Beacon Street, Suite 106                         **Jeffrey L. Friedman**
Boston, MA 02135
Tel: (617)964-1177


Steven A. Kanner, Esq.
Douglas A. Millen, Esq.
Robert J. Wozniak, Jr., Esq.
**MUCH SHELIST FREED DENENBERG**
**AMENT & RUBENSTEIN, P.C.**
191 North Wacker Drive, Suite 1800
Chicago, IL 60606-1615
Tel: (312)521-2000

Harry Shulman, Esq.
**THE MILLS LAW FIRM**
145 Marina Blvd.
San Rafael, CA 94901
Tel: (415)455-1326

Daniel R. Karon, Esq.
**GOLDMAN SCARLATO & KARON, P.C.**
55 Public Square, Suite 1500
Cleveland, OH 44113

Steven J. Greenfogel, Esq.
**MEREDITH COHEN GREENFOGEL &
SKIRNICK, P.C.**
117 S. 17th Street, 22nd Floor
Philadelphia, PA 19103
Tel: (215)564-5182

===============================================

David Atkins v. The Gillette Company, a Delaware corporation
Civil Action No. 05-12192 DPW


/s/ Gillian Wade
Wayne S. Kreger                          **Counsel for Plaintiff**
Lee Jackson                              **David Atkins**
Gillian Wade
**MILSTEIN, ADELMAN & KREGER, LLP**
2800 Donald Douglas Loop North
Santa Monica, CA  90405
Telephone:  (310) 396-9600
Fax:  (310) 396-9635

===============================================

Mark Adkison v. The Gillette Company
Civil Action No. 05-12331 DPW


/s/ William F. Burns (by MPS)
Russell A. Wood, Esq.
414 East Parkway
Russellville, AR 72801
Tel: (479)967-9986

Frank L. Watson, III, Esq.                    **Counsel for Plaintiff**
William F. Burns, Esq.                        **Mark Adkison**
**WATSON BURNS, PLLC**
One Square, Suite 2600
Memphis, TN 38103

========================================================

Corrales v. The Gillette Company
Civil Action No. 05-12332 DPW


NO ASSENT RECEIVED
Taras P. Kick                                 **Counsel for Plaintiff**
G. James Strenio                              **Carlos Corrales**
Anthony E. Chavez
Thomas G. Martin
**THE KICK LAW FIRM, APC**
660 South Figueroa St., Suite 1800
Los Angeles, CA 90017
Telephone: (213)624-1588
Facsimile: (213)624-1589

Allan Kanner
**ALLAN KANNER & ASSOCIATES, PLLC**
701 Camp Street
New Orleans, LA 70130
Tel: (504)524-5777
Fax: (504)524-5763

========================================================

<u>David Lipper v. The Gillette Company</u>
Civil Action No. 05-12333 DPW


<u>/s/ Mitch Kalcheim (by MPS)</u>                  **Counsel for Plaintiff**
Mitch Kalcheim, Esq.                  **David Lipper**
**KALCHEIM  S A L A H**
10960 Wilshire Boulevard, Suite 1790
Los Angeles, CA 90024
Telephone: (310)444-7094
Facsimile: (310)444-7093

===============================================

<u>Matthew Marr v. The Gillette Company</u>
Civil Action No. 05-12334 DPW


<u>/s/ Michael Goldberg</u>                  **Counsel for Plaintiff**
Lionel Z. Glancy, Esq.                  **Matthew Marr**
Michael Goldberg, Esq.
**GLANCY BINKOW & GOLDBERG LLP**
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310)201-9150
Facsimile: (310)201-9160

===============================================

<u>L. Dean Smith, Jr. v. The Gillette Company</u>
Civil Action No. 05-12335 DPW


DISMISSAL UNDER RULE 41(a)(1)              **Counsel for Plaintiff**
Clifford H. Pearson, Esq.                             **L. Dean Smith, Jr.**
Gary S. Soter, Esq.
Daniel L. Warshaw, Esq.
C. Scott Marshall, Esq.
**WASSERMAN, COMDEN, CASSELMAN & PEARSON L.L.P.**
5567 Reseda Boulevard, Suite 330
Post Office Box 7033
Tarzana, CA 91357-7033
Tel: (818)705-6800

Robert C. Baker, Esq.
Phillip A. Baker, Esq.
**BAKER, KEENER & NAHRA LLP**
633 West Fifth Street, 54th Floor
Los Angeles, CA 90071-2005
Tel: (213)241-0900

================================================

<u>Kasem Adoure v. The Gillette Company</u>
Civil Action No. 05-12336 DPW


ASSENT NOT RECEIVED                          **Counsel for Plaintiff**
Taras P. Kick                                              **Kasem Adoure**
G. James Strenio
Anthony E. Chavez
Thomas G. Martin
**THE KICK LAW FIRM, APC**
660 South Figueroa St., Suite 1800
Los Angeles, CA 90017
Telephone: (213)624-1588
Facsimile: (213)624-1589

Allan Kanner
**ALLAN KANNER & ASSOCIATES, PLLC**
701 Camp Street
New Orleans, LA 70130
Tel: (504)524-5777
Fax: (504)524-5763

=================================================================

Michael Pruitt v. The Gillette Company
Civil Action No. 05-12365 DPW


/s/ Reginald Terrell _____
Reginald Terrell, Esq.                        **Counsel for Plaintiff**
**THE TERRELL LAW GROUP**                     **Michael Pruitt**
223 25th Street
Richmond, CA 94804
Tel: (510)237-9700


Donald Amamgbo, Esq.
**AMAMGBO & ASSOCIATES**
1940 Embarcardero
Oakland, CA 94606
Tel: (510)434-7800

=================================================================

Luis Gonzalez v. The Gillette Company
Civil Action No. 05-12366 DPW


/s/ Harold M. Hewell (by MPS) _____
Harold M. Hewell, Esq.                        **Counsel for Plaintiff**
1901 First Avenue, Second Floor               **Luis Gonzalez**
San Diego, CA 92101
Tel: (619)235-6854


Howard M. Rubinstein, Esq.
Attorney at Law
2601 Bayshore Drive, Suite 600
Miami, Florida 33133

=================================================================

<u>Lisa Geis v. The Gillette Company</u>
Case No. 05-12367 DPW


/s/ Patrick A. Klingman (by MPS)
James E. Miller                                    **Counsel for Plaintiff**
Patrick A. Klingman                                **Lisa Geis**
Karen M. Leser
**SHEPHERD, FINKELMAN, MILLER & SHAH, LLC**
65 Main Street
Chester, CT 06412


========================================================

<u>Greg Besinger and David Zavala v. The Gillette Company</u>
Civil Action No. 05-12368 DPW


/s/ Ben Barnow (by MPS)
Ben Barnow, Esq.                                   **Counsel for Plaintiffs**
Sharon Harris, Esq.                                **Greg Besinger and David Zavala**
**BARNOW AND ASSOCIATES, P.C.**
One North LaSalle Street, Suite 460
Chicago, IL 60602
Tel: (312)621-2000

Larry D. Drury, Esq.
**LARRY D. DRURY, LTD.**
Two N. LaSalle Street, Suite 700
Chicago, IL 60602
Tel: (312)346-7950

John H. Alexander, Esq.
**JOHN H. ALEXANDER & ASSOCIATES, LLC**
100 W. Monroe Street, Suite 2100
Chicago, IL 60603
Tel: (312)263-7731

John S. Steward, Esq.
**THE BURSTEIN LAW FIRM, P.C.**
225 South Meramec, Suite 925
St. Louis, MO 63105
Tel: (314)725-6060


========================================================

Evan Rosenthal v. The Gillette Company
Civil Action No. 05-12369 DPW


/s/ Karen Marcus (by MPS)
Karen Marcus, Esq.                              **Counsel for Plaintiff**
Mila F. Bartos, Esq.                            **Evan Rosenthal**
**FINKELSTEIN, THOMPSON & LOUGHRAN**
1050 30th Street, N.W.
Washington, D.C. 20007
Tel: (202)337-8090


===========================================================


Elvis Huskic v. The Gillette Company
Civil Action No. 05-12370 DPW


/s/ John S. Steward (by MPS)
John S. Steward, Esq.                           **Counsel for Plaintiff**
**THE BURSTEIN LAW FIRM, P.C.**                 **Elvis Huskic**
225 South Meramec, Suite 925
St. Louis, MO 63105
Tel: (314)725-6060


Joseph V. Neill, Esq.
5201 Hampton Avenue
St. Louis, MO 63109
Tel: (314)353-1001


Thomas R. Carnes, Esq.
**THE CARNES LAW FIRM**
5201 Hampton Avenue
St. Louis, MO 63109
Tel: (314)353-1001


===========================================================

<u>Patrick Coleman v. Gillette Company, Inc.</u>
Civil Action No. 05-12374 DPW


<u>/s/ Mark Gardy (by MPS)</u> _____
Joseph J. DePalma                                    **Counsel for Plaintiff**
Susan D. Pontoriero                                  **Patrick Coleman**
**LITE DEPALMA GREENBERG & RIVAS, LLC**
Two Gateway Center, 12 Floor
Newark, NJ 07102-5003
Telephone: (973)623-3000

Mark C. Gardy
Henry Young
**ABBEY GARDY, LLP**
212 East 39th Street
New York, NY 10016
Telephone: (212) 889-3700


===================================================


<u>Robert Falkner v. The Gillette Company</u>
Civil Action No. 05-12375 DPW


<u>NO ASSENT RECEIVED</u> _____
Edward W. Cochran, Esq.                              **Counsel for Plaintiff**
20030 Marchmont Road                                **Robert Falkner**
Shaker Heights, OH 44122
Tel: (216)751-5546


===================================================

<u>Steve McGlynn v. The Gillette Company</u>
Civil Action No. 05-12376 DPW

<u>/s/ Karen Marcus (by MPS)</u>           __              **Counsel for Plaintiff**
Steven A. Schwartz                                  **Steve McGlynn**
**CHIMICLES & TIKELLIS LLP**
361 West Lancaster Avenue
Haverford, PA 19041
Tel: (610)642-8500

Karen Marcus, Esq.
Mila F. Bartos, Esq.
**FINKELSTEIN, THOMPSON & LOUGHRAN**
1050 30th Street, N.W.
Washington, D.C. 20007
Tel: (202)337-8090

=================================================

<u>Moore v. The Gillette Company</u>
Civil Action No. 05-12377 DPW

<u>/s/ Jon A. York</u>                                  **Counsel for Plaintiff**
Jason B. Rudd                                        **Holly Moore**
Jon A. York
**PENTECOST, GLENN & RUDD, PLLC**
106 Stonebridge Blvd.
Jackson, TN 38305
Telephone:  (731) 668-5995
Facsimile:  (731) 668-7163

=================================================

<u>Gorea v. The Gillette Company</u>
Civil Action No. 05-12378 DPW


<u>/s/ Murray Wells (by MPS)</u>                   **Counsel for Plaintiff**
Arthur Horne                                **Tracy Gorea**
Murray Wells
**HORNE & WELLS, PLLC**
81 Monroe Ave., Suite 400
Memphis, TN 38103
Telephone: (901)507-2520
Facsimile:  (901)507-2524

========================================

<u>Jackson v. The Gillette Company</u>
Civil Action No. 05-12379 DPW


<u>/s/ Brandon O. Gibson</u>                    **Counsel for Plaintiff**
Brandon O. Gibson                        **Grant W. Jackson**
**PENTECOST, GLENN & RUDD, PLLC**
106 Stonebridge Blvd.
Jackson, TN 38305
Telephone:  (731) 668-5995
Facsimile:  (731) 668-7163

========================================

-19-