# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRADLEY SAUNDERS, BRUCE FISHER, BRAD FELLERSEN and RICHARD HERBSTMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>   Plaintiffs,<br>v.<br><br>THE GILLETTE COMPANY,<br><br>   Defendant. | Civil Action No. 05-11425-PW |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter the appearance of Mark P. Szpak as attorney for Defendant, The Gillette Company, in the above captioned action.

                                                        Respectfully submitted,

                                                        */s/Mark P. Szpak*
                                                        Mark P. Szpak (BBO #546261)
                                                        ROPES & GRAY LLP
                                                        One International Place
                                                        Boston, Massachusetts 02110
                                                        T (617) 951-7522
                                                        F (617) 951-7050

Dated:  January 20, 2006

9914595_1.DOC