# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| BRADLEY SAUNDERS, BRUCE FISHER, BRAD FELLERSEN and RICHARD HERBSTMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiffs,<br>v.<br><br>THE GILLETTE COMPANY,<br><br>              Defendant. | Civil Action No. 05-11425-DPW |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter the appearance of Harvey J. Wolkoff as attorney for Defendant, The Gillette Company, in the above captioned action.

                                      Respectfully submitted,

                                      */s/Harvey J. Wolkoff*
                                      Harvey J. Wolkoff (BBO #532880)
                                      ROPES & GRAY LLP
                                      One International Place
                                      Boston, Massachusetts 02110
                                      T (617) 951-7522
                                      F (617) 951-7050

Dated: January 20, 2006