## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRADLEY SAUNDERS, BRUCE FISHER, BRAD FELLERSEN and RICHARD HERBSTMAN, Individually and on Behalf of All Others Similarly Situated,    )<br>)<br>)<br>)<br>)<br>          )<br>Plaintiffs,    )<br>v.            )<br>          )<br>THE GILLETTE COMPANY,    )<br>          )<br>Defendant.    ) | Civil Action No. 05-11425-DPW |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter the appearance of Emily C. Shanahan as attorney for Defendant, The Gillette Company, in the above captioned action.

Respectfully submitted,

*/s/Emily C. Shanahan*
Emily C. Shanahan (BBO #643456)
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110
T (617) 951-7522
F (617) 951-7050

Dated:  January 20, 2006